IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COOKUNITY INC.,<br><br>　　　　　Defendant. | Case No. 2:25-cv-01270 |

**EXHIBIT 3**
**PLAINTIFF'S COUNSEL'S RESUMES**



6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
www.eastendtrialgroup.com

---



# Kevin W. Tucker
Partner (He/Him)
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com

## PRACTICE AREAS

Deceptive Business Practices and Consumer Protection

Americans with Disabilities Act

Privacy Violations

## EDUCATION

University of Pittsburgh School of Law, J.D., 2011

University of Michigan, BA, 2008

## ACCOLADES

SuperLawyers, Rising Stars, Pennsylvania Rising Star for Class Action & Mass Torts (2021-2025)

LawDragon, 500 Leading Plaintiff Consumer Lawyers (2022-2025)

ACHIEVA Award of Excellence in Legal Services (2023)

University of Pittsburgh School of Law Alumni Association, Young Alumni Award (2023)

## MDL APPOINTMENTS

*In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL 3014 (W.D. Pa.)

Kevin has consistently helped individuals pursue justice at all levels of the judicial system. Kevin's represented laborers across Pennsylvania before workers' compensation judges. He's tried § 1983 cases for inmates seeking adequate medical care. He's represented groups of consumers and individuals with disabilities in litigation across the country.

Kevin co-founded East End Trial Group in 2020. Today, he has a diverse practice centering on consumer protection, privacy, and the Americans with Disabilities Act. His contributions to these fields have been recognized by the judiciary, bar, and community.

In 2022, Judge Conti of the Western District of Pennsylvania appointed Kevin to a leadership position *In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL 3014, Doc. 395 (W.D. Pa.). Following this appointment, the Leadership Development Committee voted Kevin to serve as Co-Chair.

During a fairness hearing in 2023, opposing counsel noted:

> Your Honor, in my 36 years of practice, I think I can say that this is probably the only time I've said this on the record: I can think of few attorneys that represent the ideals of what it means to be an attorney and counselor of law and to uphold the standards of what it means to be a member of this bar than plaintiff's counsel. We litigated this case over a period of many years. And, again, they understand how to disagree without being disagreeable. And I think that their clients have been very, very well-represented by them.

*Douglass v. Mondelēz Global LLC*, No. 2:22-cv-00875, H'rg Tr., 14-15 (W.D. Pa. Sept. 19, 2023).

KEVIN W. TUCKER
(*continued*)

## PROFESSIONAL AFFILIATIONS

University of Pittsburgh School of Law Board of Visitors (2024-)

University of Pittsburgh School of Law Alumni Board of Governors, President Elect (2023-), Vice-President (2021-2023), Secretary (2019-2021)

Allegheny County Bar Association, Civil Rights Litigation Committee, Chair (2020-21)

Pittsburgh Center for Creative Reuse, President (2014-2016), Board Member (2012-2014)

University of Pittsburgh School of Law, Pitt Legal Income Sharing Founding, President (2009-2011)

## FAVORITE RACES

Endless Mountains 5-day (330-mile) Adventure Race, Williamsport, PA

Rachel Carson Trail Challenge, Western Pennsylvania

Western Pennsylvania Orienteering Club's Racoongaine, Racoon Creek State Park, PA

Canal Corridor 100-mile Endurance Run, Akron, OH

Twisted Branch 100k, Hammondsport, NY

In 2023, Kevin received the ACHIEVA Award of Excellence in Legal Services, recognizing his "extraordinary efforts on behalf of people with disabilities and their families."

Courts have appointed Kevin as class counsel in many cases concerning the rights of consumers. *See, e.g.*, *Murphy v. Charles Tyrwhitt, Inc.*, 2020 U.S. Dist. LEXIS 222540 (W.D. Pa. Nov. 25, 2020) (Baxter, J.); *Murphy v. Eyebobs, LLC*, 2021 U.S. Dist. LEXIS 192676 (W.D. Pa. Oct. 6, 2021) (Lanzillo, J.); *Haston v. Phillips & Cohen Associates, LTD*, 2:20-cv-01069-WSS, Doc. 45 (W.D. Pa. Nov. 11, 2021) (Stickman, J.); *Giannaros v. Poly-Wood, LLC*, No. 1:21-cv-10351, Doc. 45 (D. Mass. Oct. 27, 2022); *Douglass v. Optavia LLC*, No. 2:22-cv-00594, Doc. 38 (W.D. Pa. Jan. 23, 2023) (Wiegand, J.), *Douglass v. P.C. Richard & Son, LLC*, No. 2:22-cv-00399, Doc. 55 (W.D. Pa. June 27, 2023) (Kelly, J.); *Fischer v. Instant Checkmate LLC*, No. 1:19-cv-4892, Doc. 272 (N.D. Ill. Sept. 8, 2023); *Douglass v. Mondelēz Global LLC*, No. 2:22-cv-00875, Doc. 26 (W.D. Pa. Sept. 19, 2023) (Hardy, J.), and *Douglass v. iFit Inc.*, No. 2:23-cv-00917, Doc. 29 (W.D. Pa. Apr. 11, 2024) (Horan, J.).

Before founding East End, Kevin was a Partner at a national plaintiffs-side class action law firm that The Legal Intelligencer named Litigation Department of the Year for work the firm did while he was a member of that team.

Kevin works to create positive working relationships with co- and opposing counsel. He works with teams to gameplan for the entire case at the start of the case and readjusts confidently and quickly when appropriate.



6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
www.eastendtrialgroup.com



# Kevin Abramowicz

Partner
Tel. (412) 223-5740
kabramowicz@eastendtrialgroup.com

While in law school, Kevin served as an Article Editor for the University of Pittsburgh Law Review and as a judicial extern for the Western District of Pennsylvania. Since then, Kevin represented thousands of individuals in many areas of law, seeking to enforce and protect their rights. Kevin began his career at a national, plaintiff class action law firm. After that, Kevin founded a consumer rights law firm. Today, Kevin is co-founder of East End Trial Group.

Courts certified Kevin as class counsel in cases concerning the rights of consumers, employees denied fair wages, and persons with disabilities denied access to services. *Haston v. Resurgent Cap. Servs., Inc.*, No. 20-cv-01008, Doc. 72 (W.D. Pa. May 2, 2024) (Hardy, J.); *Douglass v. iFIT Inc.*, No. 2:23-cv-00917, Doc. 29 (W.D. Pa. Apr. 11, 2024) (Horan, J.); *Douglass v. Mondelez Global LLC*, No. 22-cv-00875, Doc. 26 (W.D. Pa. Sept. 19, 2023) (Hardy, J.); *Murphy v. Le Sportsac Inc.*, No. 22-cv-00058, Doc. 57 (W.D. Pa. July 6, 2023) (Lanzillo, J.); *Douglass v. P.C. Richard & Son, LLC*, No. 22-cv-00399, Doc. 55 (W.D. Pa. June 27, 2023) (Kelly, J.); *Howard v. LVNV Funding, LLC*, No. 19-cv-00093, 2023 U.S. Dist. LEXIS 52294 (W.D. Pa. Mar. 22, 2023) (Gibson, J.); *Douglass v. Optavia LLC*, No. 22-cv-00594, Doc. 38 (W.D. Pa. Jan. 23, 2023) (Wiegand, J.); *Butela v. Midland Credit Mgmt., Inc.*, 341 F.R.D. 581 (W.D. Pa. 2022) (Stickman, J.); *Murphy v. The Hundreds Is Huge, Inc.*, No. 21-cv-00204, Doc. 41 (W.D. Pa. Nov. 17, 2022) (Lanzillo, J.); *Giannaros v. Poly-Wood, LLC*, No. 21-cv-10351, Doc. 45 (D. Mass. Oct. 27, 2022) (Young, J.); *Haston v. Philips & Cohen Assocs., Ltd.*, No. 20-cv-01069, Doc. 58 (W.D. Pa. May 17, 2022) (Stickman, J.); *Murphy v. Charles Tyrwhitt, Inc.*, No. 20-cv-00056, Doc. 47 (W.D. Pa. Feb. 16, 2022) (Baxter, J.); *Murphy v. Eyebobs, LLC*, No. 21-cv-00017, Doc. 49 (W.D. Pa. Feb. 9, 2022) (Lanzillo J.); *White v. 1 Person At A Time, LLC*, No. 17-cv-01047, Doc. 28 (W.D. Pa. June 15, 2018) (Fischer, J.); *Hernandez v. AutoZone, Inc.*, 323 F.R.D. 496 (E.D.N.Y. 2018) (Block, J.).

## PRACTICE AREAS

Deceptive Business Practices

Consumer Financial Protection

Americans with Disabilities Act

Privacy Violations

## EDUCATION

University of Pittsburgh, JD, 2015

University of Pittsburgh, BA, 2011

## BAR ADMISSIONS

Pennsylvania

Western District of Pennsylvania

Middle District of Pennsylvania

Eastern District of Pennsylvania

District of Maryland

Northern District of New York

Third Circuit Court of Appeals

Fourth Circuit Court of Appeals

Fifth Circuit Court of Appeals

## PROFESSIONAL AFFILIATIONS

National Association of Consumer Advocates

**KEVIN ABRAMOWICZ**
(*continued*)

Kevin also has routinely defended the constitutional right of consumers to a jury trial. *Franklin v. Cleo AI Inc.*, 741 F. Supp. 3d 300 (D. Md. 2024); *Pierce v. FloatMe Corp.*, No. GD-24-02169, 2024 Pa. Dist. & Cnty. Dec. LEXIS 1163 (C.P. Allegheny Dec. 19, 2024); *Franklin v. Dave, Inc.*, No. 24-cv-00687, 2024 U.S. Dist. LEXIS 222844 (D. Md. Dec. 10, 2024); *Checchia v. Solo Funds*, No. 23-cv-444, 2023 U.S. Dist. LEXIS 98889 (E.D. Pa. June 7, 2023), *vacated on other grounds*, 2024 U.S. App. LEXIS 20004 (3d Cir. Aug. 8, 2024); *Haston v. Resurgent Cap. Servs., L.P.*, No. 20-cv-01008, 2022 U.S. Dist. LEXIS 176901 (W.D. Pa. Sept. 29, 2022); *Zirpoli v. Midlaind Funding LLC*, No. 19-cv-01428, 2021 U.S. Dist. LEXIS 125923 (M.D. Pa. July 7, 2021), *overturned on appeal*, 48 F.4th 136 (3d Cir. 2022), *Haston v. Resurgent Cap. Servs., L.P.*, No. 20-cv-01008, 2020 U.S. Dist. LEXIS 239227 (W.D. Pa. Dec. 21, 2020); *Howard v. LVNV Funding, LLC*, No. 19-cv-00093, 2020 U.S. Dist. LEXIS 227896 (W.D. Pa. Dec. 4, 2020).



6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
www.eastendtrialgroup.com



## Stephanie Moore
Attorney (She/Her)
Tel. (412) 880-2868
smoore@eastendtrialgroup.com

While in law school, Stephanie served as a judicial intern for Magistrate Judge Lisa Pupo Lenihan of the U.S. District Court for the Western District of Pennsylvania and a law fellow in the Allegheny County Court of Common Pleas for Judge Kim Eaton. Stephanie also provided free legal services to low-income adults via the Pitt Law Elder Law Clinic and served as a Managing Editor for the University of Pittsburgh Journal of Law and Commerce.

After law school, Stephanie joined East End Trial Group, where she assists with the litigation of consumer protection and civil rights cases, including class actions challenging usurious lending and deceptive debt collection practices, and individual and class cases alleging disability discrimination.

Since joining East End Trial Group, Stephanie has been certified as class counsel in a number of cases on behalf of nationwide classes of visually impaired individuals who use screen reader auxiliary aids to access digital content. *Murphy v. The Hundreds Is Huge, Inc.*, No. 1:21-cv-00204, 2022 U.S. Dist. LEXIS 211942 (W.D. Pa. Nov. 17, 2022) (Lanzillo, J.); *Douglass v. P.C. Richard & Son, LLC*, No. 2:22-cv-00399, Doc. 55 (W.D. Pa. June 27, 2023) (Kelly, J.); *Murphy v. Le Sportsac, Inc.*, No. 1:22-cv-00058, Doc. 57 (W.D. Pa. July 6, 2023) (Lanzillo, J.); *Douglass v. Mondelez Global LLC*, No. 2:22-cv-00875, Doc. 26 (W.D. Pa. Sept. 19, 2023) (Hardy, J.); *Douglass v. iFit Inc.*, No. 2:23-cv-00917, Doc. 29 (W.D. Pa. Apr. 11, 2024) (Horan, J.).

Stephanie has also contributed research and writing in several other class action cases. *See Butela v. Midland Credit Mgmt., Inc.*, 341 F.R.D. 581 (W.D. Pa. 2022); *Fitchett v. PetMed Express, Inc.*, No. 2:24-cv-710 (W.D. Pa.); *Kaper v. The Pennsylvania Game Commission*, 1:24-cv-00164 (M.D. Pa.); *Caughey v. Bridgecrest Acceptance Corp.*, No. 2:23-cv-00264 (W.D. Pa.); *Haston v. Resurgent Cap. Servs., Inc.*, No. 2:20-cv-01008 (W.D. Pa.).

### PRACTICE AREAS

Deceptive Business Practices and Consumer Protection

Consumer Financial Protection

Consumer Privacy Protection

Disability Rights

### EDUCATION

University of Pittsburgh School of Law, J.D., 2020

University of Pittsburgh, B.S., Business Administration, 2017

Kennedy Catholic High School, 2013

### BAR ADMISSIONS

Commonwealth of Pennsylvania

Third Circuit Court of Appeals

Western District of Pennsylvania

Eastern District of Pennsylvania

Middle District of Pennsylvania

Northern District of New York



6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
www.eastendtrialgroup.com



# Kayla Conahan

Attorney (She/Her)
Tel. (412) 880-1606
kconahan@eastendtrialgroup.com

While in law school, Kayla served as a law clerk for a personal injury and medical mal practice law firm. She also volunteered at a pro bono law clinic and currently serves on the clinic's board.

After law school, Kayla advanced from law clerk to plaintiff's attorney. She went on to represent low-income tenants in eviction hearings at City of Pittsburgh magistrate courts and successfully navigated eviction appeals in the Court of Common Pleas. In addition to her litigation expertise, Kayla has also provided legal counsel to small businesses.

Since joining East End Trial Group in 2024, Kayla has represented consumers harmed by false lending practices, illegal written warranty practices, deceptive advertising, and false reference pricing. Kayla has also contributed research and writing in several class action cases, *see Fitchett v. PetMed Express, Inc.*, No. 2:24-cv-710 (W.D. Pa.); *Caughey v. Bridgecrest Acceptance Corp.*, No. 2:23-cv-00264 (W.D. Pa.), and *Kaper v. The Pennsylvania Game Commission*, 1:24-cv-164 (M.D. Pa.).

Kayla joins a team at East End that has been certified as class counsel at least eight times in cases involving classes of visually impaired individuals who use screen reader auxiliary aids to access digital content. *Murphy v. Eyebobs, LLC*, No. 1:21-cv-17, Doc. 49 (W.D. Pa. Feb. 9, 2022); *Murphy v. Charles Tyrwhitt, Inc.*, No. 1:20-cv-00056, Doc. 47 (W.D. Pa. Feb. 16, 2022); *Murphy v. The Hundreds Is Huge, Inc.*, No. 1:21-cv-00204, 2022 U.S. Dist. LEXIS 211942 (W.D. Pa. Nov. 17, 2022); *Douglass v. Optavia, LLC*, No. 2:22-cv-00594, Doc. 38 (W.D. Pa. Jan. 23, 2023); *Douglass v. P.C. Richard & Son, LLC*, No. 2:22-cv-00399, Doc. 55 (W.D. Pa. June 27, 2023); *Murphy v. Le Sportsac, Inc.*, No. 1:22-cv-00058, Doc. 57 (W.D. Pa. July 6, 2023); *Douglass v. Mondelez Global LLC*, No. 2:22-cv-00875, Doc. 26 (W.D. Pa. Sept. 19, 2023); and *Douglass v. iFIT Inc.*, No. 2:23-cv-00917, Doc. 29 (W.D. Pa. Apr. 11, 2024).

## PRACTICE AREAS

Deceptive Business Practices and Consumer Protection

Consumer Financial Protection

Consumer Privacy Protection

Disability Rights

## EDUCATION

University of Pittsburgh School of Law, J.D., 2020

Geneva College, B.A., Political Science, 2016

## BAR ADMISSIONS

Commonwealth of Pennsylvania

Third Circuit Court of Appeals

Western District of Pennsylvania

Eastern District of Pennsylvania

Middle District of Pennsylvania

Northern District of New York



6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
www.eastendtrialgroup.com



# Chandler Steiger

Attorney (She/Her)
Tel. (412) 880-1395
csteiger@eastendtrialgroup.com

Before law school, Chandler served as a judicial intern for now-President Judge Shawn D. Meyers of the Court of Common Pleas of the 39th Judicial District of Pennsylvania.

While in law school, Chandler served as a judicial intern for Judge Mary Jane Bowes of the Pennsylvania Superior Court and for Magistrate Judge Lisa Pupo Lenihan of the U.S. District Court for the Western District of Pennsylvania.

After law school, Chandler joined East End Trial Group (EETG), where she assists with litigating various consumer protection and civil rights cases, including class cases challenging usurious lending and deceptive debt collection practices, and individual and class cases alleging disability discrimination.

Since joining EETG, five federal judges have certified Chandler as class counsel for nationwide classes of visually impaired individuals who rely on screen reader auxiliary aids to access digital content. *See Murphy v. The Hundreds Is Huge, Inc.*, No. 1:21-cv-00204, 2022 U.S. Dist. LEXIS 211942 (W.D. Pa. Nov. 17, 2022) (Lanzillo, J.); *Douglass v. Optavia, LLC*, No. 2:22-cv-00594, Doc. 38 (W.D. Pa. Jan. 23, 2023) (Wiegand, J.); *Douglass v. P.C. Richard & Son, LLC*, No. 2:22-cv-00399, Doc. 55 (W.D. Pa. June 27, 2023) (Kelly, J.); *Murphy v. Le Sportsac, Inc.*, No. 1:22-cv-00058, Doc. 57 (W.D. Pa. July 6, 2023) (Lanzillo, J.); *Douglass v. Mondelez Global LLC*, No. 2:22-cv-00875, Doc. 26 (W.D. Pa. Sept. 19, 2023) (Hardy, J.); *Douglass v. iFIT Inc.*, No. 2:23-cv-00917, Doc. 29 (W.D. Pa. Apr. 11, 2024) (Horan, J.). Chandler has also successfully defended consumers' rights to pursue claims in court. *See Haston v. Resurgent Capital Servs., L.P.*, No. 2:20-cv-01008, 2022 U.S. Dist. LEXIS 176901 (W.D. Pa. Sept. 29, 2022) (denying motion to compel arbitration with prejudice).

## PRACTICE AREAS

Deceptive Business Practices and Consumer Protection

Consumer Financial Protection

Disability Rights

## EDUCATION

University of Pittsburgh School of Law, J.D., 2020

Bucknell University, B.A., 2017

Mercersburg Academy, 2013

## BAR ADMISSIONS

Commonwealth of Pennsylvania

Third Circuit Court of Appeals

Western District of Pennsylvania

Eastern District of Pennsylvania

Middle District of Pennsylvania

Northern District of New York



6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
www.eastendtrialgroup.com



# Jessica Liu

Attorney (She/Her)
Tel. (412) 880-1929
jliu@eastendtrialgroup.com

While in law school, Jessica advocated for refugees and asylum seekers appearing in Immigration Court via the Pitt Law Immigration Law Clinic, and served as a Senior Managing Editor for the University of Pittsburgh Law Review.

After law school, Jessica joined K&L Gates LLP, where she represented both plaintiffs and defendants in high-stakes litigation cases involving insurance policies, commercial agreements, and construction contracts.

Since joining East End Trial Group in 2024, Jessica has focused her practice on consumer protection class actions and disability discrimination. Jessica represents consumers injured by deceptive advertising, false reference pricing, false labeling, and usurious lending. Jessica has also contributed research and writing to several class actions in state and federal court, *see Fitchett v. PetMed Express, Inc.*, No. 2:24-cv-710 (W.D. Pa.); *Checchia v. Solo Funds, Inc.*, No. 2:23-cv-00444 (E.D. Pa.); *Pierce v. Empower Finance Inc.*, No. GD-24-12584 (C.P. Allegheny); and *Orubo v. Activehours, Inc.*, No. 5:24-cv-04702 (N.D. Ca.).

Jessica joins a team at East End that has been certified as class counsel at least eight times in cases involving classes of visually impaired individuals who use screen reader auxiliary aids to access digital content. *Murphy v. Eyebobs, LLC*, No. 1:21-cv-17, Doc. 49 (W.D. Pa. Feb. 9, 2022); *Murphy v. Charles Tyrwhitt, Inc.*, No. 1:20-cv-00056, Doc. 47 (W.D. Pa. Feb. 16, 2022); *Murphy v. The Hundreds Is Huge, Inc.*, No. 1:21-cv-00204, 2022 U.S. Dist. LEXIS 211942 (W.D. Pa. Nov. 17, 2022); *Douglass v. Optavia, LLC*, No. 2:22-cv-00594, Doc. 38 (W.D. Pa. Jan. 23, 2023); *Douglass v. P.C. Richard & Son, LLC*, No. 2:22-cv-00399, Doc. 55 (W.D. Pa. June 27, 2023); *Murphy v. Le Sportsac, Inc.*, No. 1:22-cv-00058, Doc. 57 (W.D. Pa. July 6, 2023); *Douglass v. Mondelez Global LLC*, No. 2:22-cv-00875, Doc. 26 (W.D. Pa. Sept. 19, 2023); and *Douglass v. iFIT Inc.*, No. 2:23-cv-00917, Doc. 29 (W.D. Pa. Apr. 11, 2024).

## PRACTICE AREAS

Deceptive Business Practices and Consumer Protection

Consumer Financial Protection

Disability Rights

Shareholder Disputes

## EDUCATION

University of Pittsburgh School of Law, J.D., 2020

Florida State University, B.S., International Affairs, 2016

## BAR ADMISSIONS

Commonwealth of Pennsylvania

Third Circuit Court of Appeals

Western District of Pennsylvania

Eastern District of Pennsylvania

Middle District of Pennsylvania

Northern District of New York